# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                                      No.: 19-CR-1304 JB

JESUS MIXTEGA-VILLEGAS,

                    Defendant.

## FEDERAL PUBLIC DEFENDERS MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant Federal Public Defender Sylvia A. Baiz, the appointed counsel for defendant Jesus Mixtega-Villegas, in the above matter, who moves this Court for an order allowing her to with withdraw as counsel for Mr. Mixtega-Villegas.

As grounds for this request, defense counsel states:

1.      Mr. Mixtega-Villegas has retained Justine Fox-Young and Marshal J. Ray to represent him in this matter.

2.      On August 2, 2019, Justine Fox-Young filed an unopposed motion to substitute counsel. [Doc 36]

THEREFORE, defense counsel requests that this Court enter an order allowing the Federal Public Defenders Office to withdraw as counsel for Mr. Mixtega-Villegas.

                              Respectfully submitted,


                              FEDERAL PUBLIC DEFENDER
                              111 Lomas NW, Suite 501
                              Albuquerque, NM 87102
                              (505)346-2489


                               */s/ Electronically filed 8/7/2019*
                              SYLVIA A. BAIZ, AFPD