IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      No. 19-CR-1304 JB

JESUS MIXTEGA-VILLEGAS,

    Defendant.

### NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS EVIDENCE

**COMES NOW** Defendant Jesus Mixtega-Villegas and submits this Notice of Withdrawal of Motion to Suppress Evidence Obtained After Illegal Impounding, Inventory, and Search of Mr. Mixtega-Villegas' Vehicle and Motion to Compel Discovery and Supporting Memorandum (Doc. 29). Defendant hereby withdraws the Motion to Suppress Evidence set forth in Doc. 29.

                                          Respectfully submitted,

                                          /s/ *Marshall J. Ray*
                                          Marshall J. Ray
                                          201 12th St. NW
                                          Albuquerque, NM 87102
                                          (505) 312-7598

                                          /s/ *Justine Fox-Young*
                                          Justine Fox-Young
                                          201 12th St. NW
                                          Albuquerque, NM 87102
                                          (505) 312-7598

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served as sealed to opposing counsel via the CM/ECF system on this 16th day of October 2019.

<u>/s/ *electronically filed*</u>
Marshall J. Ray