FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

 JUN 04 2021

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

**Defendant**:

Jesus Armando Mixtega-Villegas

V

**Respondent:**

UNITED STATES OF AMERICA

Case No. 1:19-CR-MJ-733

19 CR-1304 JB

## MOTION TO WITHDRAWL/APPOINT NEW COUNSEL

NOW COMES, Jesus Armando Mixtega-Villegas by special appearance, a pro-se temp litigant in the above referenced matter. Its intent and purpose is to prevent anymore injustices in this cause, therefore, permitted by federal court rules; intervention, rule 24.

1.) I was appointed Michael Alarid, to represent me in the above reference matter.
2.) I do qualify to have another counsel appointed to me.
3.) I have advised Mr. Alarid to invoke my rights to a speedy trial since he was appointed to me at the beginning of this allegation I ask that this motion serve as notice to the court that from certificate of this service date attached it is now invoked.
4.) I have advised Mr Alarid to petition the court for a detention hearing every 30 days if I meet the qualifications, as I do.
5.) I have asked Mr. Alarid to file motions to suppress, motions to compel, and evidentiary hearings.
6.) I have also asked Mr. Alarid to send me a copy of my **discovery** but he refuses to send it to me.

Mr. Alarid refuses to act on my behalf. Adequate counsel must act as follows per the American bar standards.

A.) A lawyer should pursue a matter on behalf of a client despite opposition, obstruction, or personal inconvenience to the lawyer, and take whatever lawful and ethical measures that are required to vindicate a clients cause or endeavor. A lawyer must also act with commitment and dedication to the interests of the client and with zeal and advocacy upon the clients behalf.

B.) A lawyers workload must be controlled so that such matters can be handled competently.

C.) A clients interest often can be adversely effected by the passage of time or the change of

conditions in extreme instances, as when a lawyer overlooks a statue of limitations, the clients legal position may be destroyed.

THEREFORE, I ask that because Mr. Alarid has failed to have my best interest in mind that the court appoint me a new counsel who is qualified to offer me a complete defense to the governments allegations.

Respectfully Submitted,

_____
Jesus Armando Mixtega-Villegas

CERTIFICATE OF SERVICE:

I, Jesus Armando Mixtega-Villegas, swear under penalty of perjury that the above true and factual. I placed this MOTION TO WITHDRAWL\APPOINT NEW COUNSEL in the prison mail box on 06/02/2021 it was addressed as such US DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO ATT: Clerk of the Court, 333 Lomas Blvd nw, Ste 270 Albuquerque, New Mexico 87102.

06/02/2021
Todays Date:

_____
Jesus Armando Mixtega-Villegas

Jesus Armando Mixtega Villegas #38917051
Cibola county corrections center
PO BOX 2540
Milan, NM 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 04 2021
MITCHELL R. ELFERS
CLERK
Inmate
Not responsible
for content

LEGAL MAIL

US District Court
333 Lomas Blvd NW STE 270
ABQ, NM 87102

87102-227470

